Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

APOLINAR SANCHEZ,                                           Index No.: 07-CV-1526

                         Plaintiff(s),             **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-

                                                  **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK, LTD, *et al.*,

                         Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   August 30, 2007

                Yours etc.,

                McGIVNEY & KLUGER, P.C.
                Attorneys for Defendants
                LEHMAN BROTHERS INC., LEHMAN
                COMMERCIAL PAPER INC. and LEHMAN
                BROTHERS HOLDINGS INC.

                By: _____
                Richard E. Leff (RL-2123)
                80 Broad Street, 23rd Floor
                New York, New York 10004
                (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site
    Litigation
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700

    All Defense Counsel